John M. Peebles, Cal. Bar No. 237582
Conly J. Schulte, *pro hac vice application to be filed*
Tim Hennessy, Cal. Bar No. 233595
Gregory M. Narvaez, Cal. Bar No. 278367
**PEEBLES KIDDER BERGIN & ROBINSON LLP**
2020 L Street, Suite 250
Sacramento, CA  95811
Telephone:  (916) 441-2700
Fax:  (916) 441-2067
Email:  jpeebles@ndnlaw.com;
cschulte@ndnlaw.com; thennessy@ndnlaw.com;
gnarvaez@ndnlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA,**<br><br>Plaintiff,<br><br>v.<br><br>**AZUMA CORPORATION, et al.,**<br><br>Defendants. | 2:23-cv-00743-KJM-DB<br><br>**STIPULATION OF THE PARTIES TO EXTEND BRIEFING SCHEDULE AND CONTINUE HEARING DATE FOR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; ORDER**<br><br>(L.R. 143, 230(f))<br><br>Action filed: April 19, 2023<br>Trial date: none<br><br>Current hearing date: July 21, 2023<br>Time: 10:00 a.m.<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller |

The parties, through their undersigned attorneys, hereby stipulate as follows:

1. Plaintiff State of California ex rel. Rob Bonta, in his official capacity as Attorney General of the State of California ("State") filed a motion for preliminary injunction, ECF No. 13, on June 16, 2023 ("PI Motion").

2. The current deadlines for the PI Motion are as follows:  opposition due June 30; reply due July 10; and hearing on July 21.

1

Stipulation of the Parties to Extend Briefing Schedule and Continue Hearing Date for Plaintiff's Motion for Preliminary Injunction; Order (2:23-cv-00743-KJM-DB)

3. Defendants Azuma Corporation, a corporation wholly owned by and incorporated under the laws of the Alturas Indian Rancheria; Phillip Del Rosa, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; Darren Rose, in his personal capacity and official capacity as Vice-Chairman of the Alturas Indian Rancheria; and Wendy Del Rosa, in her official capacity as Secretary-Treasurer of the Alturas Indian Rancheria (collectively, "Defendants") moved on June 17, 2023 for administrative relief (ECF No. 14), to link the briefing and hearing schedules for the PI Motion and Defendants' forthcoming Rule 12 motion. Plaintiff opposed that administrative motion and the Court denied the administrative motion on June 23. ECF No. 17.

4. Defendants intend to raise a number of issues in response to the PI Motion, which include: the tribal sovereign immunity of Defendant Azuma Corp.; whether the *Ex parte Young* exception to sovereign immunity applies under the circumstances of this case; the sovereign interests and sovereign immunity of the fourteen non-party tribal retailers identified by the State in the papers supporting its PI Motion; whether the tribal retailers are required and indispensable parties under Rule 19, as the State's claim that Azuma violated the PACT Act is predicated on the conclusion that the tribal retailers are operating unlawfully; and the California regulatory and tax scheme applicable to cigarette sales and the interplay between these state laws and the federal PACT Act and the preemption and infringement principles of federal Indian law. Counsel for Defendants believes the complexity of these issues requires additional time to prepare an opposition to the PI Motion.

5. Defendants therefore sought the State's agreement to allow an additional 10 days to oppose the PI Motion. The parties met and conferred on June 23, 2023, regarding Defendants' request. The State agreed, provided Defendants would agree to an 8-day extension of the State's time to reply, and a continuance of the hearing date to August 11, 2023. Defendants agreed to this proposal.

6. The parties agree that pursuant to Rules 6(b) of the Federal Rules of Civil Procedure and paragraph 8(B) of the Court's Standing Order, ECF No. 4-1, there is good cause to extend the briefing deadlines and to continue the hearing date in this matter as set forth herein.

2

Stipulation of the Parties to Extend Briefing Schedule and Continue Hearing Date for Plaintiff's Motion for Preliminary Injunction; Order (2:23-cv-00743-KJM-DB)

7. Accordingly, the parties hereby stipulate to the following briefing schedule and hearing date for the PI Motion:

**Opposition due:** July 10, 2023

**Reply due:** July 28, 2023

**Hearing date:** August 11, 2023

8. The parties request the Court to enter an order approving the terms of this stipulation.

Dated: June 27, 2023      Respectfully submitted,

PEEBLES KIDDER BERGIN AND ROBINSON LLP

__/s/_____
Gregory M. Narvaez
*Attorneys for Defendants*

Dated: June 27, 2023      Respectfully submitted,

Rob Bonta
Attorney General of California
James V. Hart
Supervising Deputy Attorney General
David C. Goodwin
Deputy Attorney General

 /s/ Peter Nascenzi (as authorized on 6/26/23)_____
Peter F. Nascenzi
Deputy Attorney General
*Attorneys for Plaintiff*

3

Stipulation of the Parties to Extend Briefing Schedule and Continue Hearing Date for Plaintiff's Motion for Preliminary Injunction; Order (2:23-cv-00743-KJM-DB)

**ORDER**

Having read the foregoing stipulation of the parties and good cause appearing therefore,

IT IS HEREBY ORDERED that the above stipulation of the parties is approved.

IT IS HEREBY ORDERED the schedule for briefing and hearing of the Plaintiff State of California's Motion for Preliminary Injunction, ECF No. 13, shall be as follows:

| | |
|---|---|
| **Opposition due:** | July 10, 2023 |
| **Reply due:** | July 28, 2023 |
| **Hearing:** | August 11, 2023, at 10:00 a.m. |

Dated: July 5, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE

4

Stipulation of the Parties to Extend Briefing Schedule and Continue Hearing Date for Plaintiff's Motion for Preliminary Injunction; Order (2:23-cv-00743-KJM-DB)