Rob Bonta, State Bar No. 202668
Attorney General of California
James V. Hart, State Bar No. 278763
Supervising Deputy Attorney General
Peter F. Nascenzi, State Bar No. 311664
David C. Goodwin, State Bar No. 283322
Deputy Attorneys General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7342
  Fax: (916) 324-5205
  E-mail: David.Goodwin@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>                            Plaintiff,<br><br>    v.<br><br>**AZUMA CORPORATION; PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; DAREN ROSE, in his personal capacity and official capacity as Vice-chairman of the Alturas Indian Rancheria; and WENDY DEL ROSA, in her official capacity as Secretary-Treasurer of the Alturas Indian Rancheria,**<br><br>                            Defendants. | Case No. 2:23-cv-00743-KJM-DB<br><br>**ORDER** |

/ / /

/ / /

/ / /

Good cause appearing, Plaintiff State of California, and Defendants Azuma Corporation, Phillip Del Rosa, Darren Rose and Wendy Del Rosa's joint motion for administrative relief to alter the briefing schedule for Defendants' motion to dismiss is **GRANTED**.  Plaintiff shall file its opposition to Defendants' motion to dismiss by August 11, 2023.  Defendants may file a reply to Plaintiff's opposition by August 25, 2023.

**IT IS SO ORDERED.**

Dated:  July 25, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE