John M. Peebles, CASBN 237582
Conly J. Schulte, *pro hac vice*
Tim Hennessy, CASBN 233595
Gregory M. Narvaez, CASBN 278367
**PEEBLES KIDDER BERGIN & ROBINSON LLP**
2020 L Street, Suite 250
Sacramento, CA  95811
Telephone:  (916) 441-2700
Fax:  (916) 441-2067
Email:  jpeebles@ndnlaw.com;
cschulte@ndnlaw.com; thennessy@ndnlaw.com;
gnarvaez@ndnlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>**PHILIP DEL ROSA, et al.**,<br><br>Defendants. | 2:23-cv-00743-KJM-DB<br><br>**ORDER GRANTING IN PART DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO SHORTEN TIME FOR THE BRIEFING AND DISPOSITION OF DEFENDANTS' MOTION TO STAY THE PRELIMINARY INJUNCTION PENDING APPEAL** |

  Having considered Defendants' Unopposed Administrative Motion to Shorten Time for the Briefing and Disposition of Defendants' Motion to Stay the Preliminary Injunction Pending Appeal,

  IT IS HEREBY ORDERED that the motion for administrative relief is GRANTED IN PART, and the schedule for briefing of Defendants' Motion to Stay Preliminary Injunction Pending Appeal (filed with the motion for administrative relief) shall be as follows:

**Opposition due:** Monday, March 11, 2024

**Optional reply due:** Wednesday, March 13, 2024

The matter will be submitted upon filing of the reply, if any, or expiration of the deadline for filing an optional reply. The court declines to set a deadline for disposition of defendants' motion.

DATED: March 5, 2024.

CHIEF UNITED STATES DISTRICT JUDGE