John M. Peebles, CASBN 237582
Conly J. Schulte, *pro hac vice*
Tim Hennessy, CASBN 233595
Gregory M. Narvaez, CASBN 278367
**PEEBLES KIDDER BERGIN & ROBINSON LLP**
2020 L Street, Suite 250
Sacramento, CA  95811
Telephone:  (916) 441-2700
Fax:  (916) 441-2067
Email:  jpeebles@ndnlaw.com;
cschulte@ndnlaw.com; thennessy@ndnlaw.com;
gnarvaez@ndnlaw.com

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**PHILIP DEL ROSA, et al.,**<br><br>Defendants. | 2:23-cv-00743-KJM-DB<br><br>**ORDER GRANTING PARTIES' JOINT ADMINISTRATIVE MOTION TO MODIFY BRIEFING SCHEDULE** |

Having read the Parties' joint administrative motion to modify the briefing schedule on the State's Motion for Reconsideration, and good cause appearing,

IT IS HEREBY ORDERED that the joint motion for administrative relief is GRANTED, and the schedule for briefing on Defendants' Motion for Reconsideration shall be as follows:

**Opposition due:**     Friday, April 12, 2024

**Optional reply due:**  Friday, April 26, 2024

The hearing on said motion shall remain as noticed unless modified by future order of this Court.

DATED:  March 26, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE