1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>**v.**<br><br>**PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DARREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,**<br><br>Defendants. | Case No. 2:23-cv-00743-KJM-SCR<br><br>[~~PROPOSED~~] **ORDER** |

21

22

23

24

25

26

27

28

1

1   Good cause appearing Plaintiff State of California, and Defendants Phillip Del Rosa and

2   Darren Rose's joint motion for administrative relief to set a document production schedule

3   relating to the Court's order on contempt sanctions, ECF No. 95, is **GRANTED**.

4          1.     By January 31, 2025, Mr. Rose shall transmit to Plaintiff's counsel, by email or other

5   electronic file exchange, copies of all of Azuma Corporation's purchase records, sales, and

6   invoices dated after September 15, 2023.

7          2.     Mr. Rose shall continue to transmit to Plaintiff's counsel, by email or other electronic

8   file exchange, copies of all of Azuma Corporation's purchase records, sales, and invoices on a

9   monthly basis until the preliminary injunction is dissolved, or unless otherwise ordered by the

10  Court.  Such documents shall be transmitted by the 10th of the month following the month in

11  which the document was generated.

12         **IT IS SO ORDERED.**

13  Dated: January 24, 2025

14

15  _____

16  SEAN C. RIORDAN
    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

2