IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DARREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,**<br><br>Defendants. | Case No. 2:23-cv-00743-KJM-SCR<br><br>**ORDER** |

1   Plaintiff State of California's Request to File Documents Under Seal, ECF No. 109, is
2   **GRANTED**.
3   The Declaration of Peter F. Nascenzi in Support of Plaintiff's Notice of Violation and
4   exhibit A attached thereto; and Documents AZUMA-822 to -894 submitted at the February 13,
5   2025 motion hearing, are hereby ordered sealed pending the parties' submission of proposed
6   redactions.
7   **IT IS SO ORDERED.**
8   Dated: February 14, 2025.

_____
UNITED STATES DISTRICT JUDGE