UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| State of California, | No. 2:23-cv-00743-KJM-SCR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Phillip Del Rosa et al., | |
| Defendants. | |

The court held a scheduling conference on July 7, 2025. *See* Mins. Mot. Hr'g, ECF No. 144. Peter Nascenzi, James Hart and Byron Miller appeared for plaintiff. *Id.* John Peebles and Tim Hennessy appeared for defendants. *Id.* Defendant, Darren Rose, was also present. *Id.* The court and counsel discussed case scheduling.

After careful consideration of the parties' comments the court sets the following deadlines under Federal Rule of Civil Procedure 16:

- Defendants' answer shall be filed by July 18, 2025.
- Any motions challenging the jurisdiction of the court shall be filed within 120 days of the filing date of this order.
- The parties agreed at hearing and the court confirms that discovery shall proceed on all issues simultaneously, including the California's PACT Act, CCTA and Civil RICO claims.

1

- The court reserves the scheduling of further deadlines under Rule 16 until after it has ruled on any upcoming jurisdictional motions or otherwise determines that setting deadlines is appropriate.

After consideration of the parties' comments related to settlement, the parties will notify the court whether they request a court settlement conference date or referral to the Voluntary Dispute Resolution Program (VDRP) prior to any final pretrial conference. The parties shall file said notification or request for referral jointly, in writing. The court also informed parties that the Ninth Circuit Mediation Program remains available to them for further settlement conferences.

This case schedule will become final without further order of the court unless objections are filed within fourteen (14) calendar days of this order. The schedule, once final, shall not be modified except by leave of court upon showing of good cause. All provisions of the court's standing scheduling order for Civil Cases filed concurrently herewith are incorporated therein.

IT IS SO ORDERED.

DATED: July 9, 2025.

UNITED STATES DISTRICT JUDGE