UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| State of California,<br><br>                    Plaintiff,<br><br>     v.<br><br>Phillip Del Rosa, et al.,<br><br>                    Defendants. | No. 2:23-cv-0743-KJM-SCR<br><br>ORDER |

The court is in receipt of the parties' joint objection to the Rule 16 scheduling order. Objection, ECF No. 153; Order (July 9, 2025), ECF No. 145. Good cause appearing, the scheduling order is modified as follows:

- Any motions challenging this court's jurisdiction shall be filed within 120 days of the filing date of this order, or within twenty-one (21) days after the Ninth Circuit issues a mandate in Case No. 24-698, whichever is later.

The Rule 16 scheduling order otherwise remains in effect and will become final absent further timely objections.

IT IS SO ORDERED.

DATED: July 28, 2025.

UNITED STATES DISTRICT JUDGE