IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DARREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,<br><br>Defendants. | Case No. 2:23-cv-00743-KJM-SCR<br><br>ORDER |

Defendants' Request to File Documents Under Seal, ECF 143, is **GRANTED**.

The Declaration of John M. Peebles and Exhibit A attached thereto is hereby ordered sealed.

**IT IS SO ORDERED.**

DATED: July 31, 2025.

UNITED STATES DISTRICT JUDGE

1