IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DARREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,**<br><br>Defendants. | Case No. 2:23-cv-00743-KJM-SCR<br><br>**ORDER** |

1  Plaintiff State of California's Request to File Documents Under Seal, ECF No. 140, is
2  **GRANTED**.
3  The Declaration of Peter F. Nascenzi in Support of Plaintiff's Supplement to Notice of
4  Violation and exhibits attached thereto is hereby ordered sealed.
5  **IT IS SO ORDERED.**
6  DATED: July 31, 2025.

_____
UNITED STATES DISTRICT JUDGE