IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DARREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,<br><br>Defendants. | Case No. 2:23-cv-00743-KJM-SCR<br><br>ORDER |

Good cause appearing, Plaintiff State of California, and Defendants Phillip Del Rosa and Darren Rose's joint motion to set initial disclosure and party discovery conference deadlines is **GRANTED**.

1. By September 12, 2025, the parties shall exchange their respective Rule 26(a) initial disclosures;

2. By September 26, 2025, the parties shall hold a Rule 26(f) discovery conference; and

1

3. The Rule 16 scheduling order entered on July 9, 2025, ECF No. 145, and as modified on July 28, 2025, ECF No. 154, otherwise remains in effect.

**IT IS SO ORDERED.**

Dated: September 4, 2025.

_____
UNITED STATES DISTRICT JUDGE