IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DAREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,<br><br>Defendants. | Case No. 2:23-cv-00743-KJM-SCR<br><br>ORDER |

1

1    Plaintiff State of California's Request to File Documents Under Seal, ECF No. 180, is

2 **GRANTED**.

3    The Declaration of Peter F. Nascenzi in Support of Plaintiff's Notice of Violation and the

4 exhibit attached thereto is hereby ordered sealed.

5    **IT IS SO ORDERED.**

6 DATED:  September 16, 2025.

_____
UNITED STATES DISTRICT JUDGE