1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   State of California ex rel. Bonta,              No. 2:23-cv-00743-KJM-SCR

12                        Plaintiff,                 ORDER

13          v.

14   Phillip Del Rosa, et al.,

15                        Defendants.

16

17          The court has reviewed the parties' joint statement at ECF No. 196 and orders as follows:

18          • Except as otherwise provided in this order, no further joinder of parties or

19             amendments to pleadings is permitted without leave of court, good cause having

20             been shown. *See* Fed. R. Civ. P. 16(b); *Johnson v. Mammoth Recreations, Inc.*,

21             975 F.2d 604, 609−10 (9th Cir. 1992).

22          • Within thirty days, the parties are directed to file a proposed order on the

23             production of electronically stored information, as discussed in section VI.C. on

24             page 8 of their joint status report.

25          • Within thirty days, the parties are directed to file a proposed expanded discovery-

26             only protective order addressing the matters discussed in section VI.D. on page 8

27             of their joint status report.

28          • All fact discovery shall be completed by June 26, 2026.

1

1   • Any motions to compel and any similar discovery motions shall be filed by
2   July 31, 2026.  Motions regarding discovery shall be noticed before the Magistrate
3   Judge, as provided by Local Rule 302(c).

4   • Experts shall be disclosed by July 31, 2026.

5   • Rebuttal experts shall be disclosed by August 28, 2026.

6   • All expert discovery shall be completed by September 25, 2026.

7   • Any dispositive motions shall be filed by October 30, 2026 and shall be noticed for
8   a hearing on the earliest available law and motion calendar date in accordance with
9   Local Rule 230(a).

10  • Dates for a final pretrial conference and trial will be set, as may be necessary, in a
11  future order following the resolution of any dispositive motions or the expiration
12  of the deadline to file dispositive motions, if no such motions are filed.

13  • After consideration of the parties' comments related to settlement, the parties will
14  notify the court whether they request a court settlement conference date or referral
15  to the Voluntary Dispute Resolution Program (VDRP) prior to any final pretrial
16  conference.  The parties shall file said notification or request for referral jointly, in
17  writing.

18  • This case schedule will become final without further order of the court unless
19  objections are filed within fourteen calendar days of this order. The schedule, once
20  final, shall not be modified except by leave of court upon showing of good cause.
21  All provisions of the court's standing scheduling order for Civil Cases filed
22  concurrently herewith are incorporated therein.

23      IT IS SO ORDERED.

24  DATED:  October 15, 2025.

25

_____
UNITED STATES DISTRICT JUDGE

2