ROB BONTA, State Bar No. 202668
Attorney General of California
NELI PALMA, State Bar No. 203374
Senior Assistant Attorney General
JAMES V. HART, State Bar No. 278763
Supervising Deputy Attorney General
DAVID C. GOODWIN, State Bar No. 283322
BYRON M. MILLER, State Bar No. 279763
PETER F. NASCENZI, State Bar No. 311664
Deputy Attorneys General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7805
 Fax: (916) 327-2319
 E-mail: Peter.Nascenzi@doj.ca.gov
*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STATE OF CALIFORNIA, ex rel. ROB BONTA, in his official capacity as Attorney General of the State of California,**<br><br>Plaintiff,<br><br>v.<br><br>**PHILLIP DEL ROSA, in his personal capacity and official capacity as Chairman of the Alturas Indian Rancheria; and DARREN ROSE, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian Rancheria and President/Secretary of Azuma Corporation,**<br><br>Defendants. | 2:23-cv-00743-KJM-SCR<br><br>**STIPULATED ELECTRONICALLY STORED INFORMATION ORDER**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 3, 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: N/A<br>Action Filed: April 19, 2023 |

1    The parties, Plaintiff State of California ex rel. Rob Bonta, in his official capacity as
2  Attorney General of the State of California ("Plaintiff"), and Defendants Philip Del Rosa, in his
3  personal capacity and official capacity as Chairman of the Alturas Indian Rancheria, and Darren
4  Rose, in his personal capacity and official capacities as Vice-chairman of the Alturas Indian
5  Rancheria and President/Secretary of Azuma Corporation ("Defendants"), by and through their
6  respective attorneys of record, hereby stipulate for the purposes of jointly requesting that the
7  Court enter an order on the production of electronically stored information in this matter as
8  follows:

9    1. Each document produced will be in PDF format. However, various types of files,
10       including but not limited to MS Excel spreadsheets, media files, etc., lose significant
11       information and meaning when produced as an image. Such files may be produced in
12       their native format and shall be produced in their native format upon request and
13       subsequent meet and confer. PDFs should be machine-readable unless the original
14       PDF is itself unreadable, such as a scan of a hard-copy document. The parties will not
15       be obligated to OCR PDFs for the opposing party.

16    2. Each produced document shall have a unique Bates number, which shall be stamped
17       on every page of each document. The filename of each produced document shall be
18       the Bates number of the first page of the document ("Smith_0035"). For documents
19       returned in native format (either upon request of the opposing party per point #1, or
20       because the document cannot be converted to PDF, such as in the case of an audio
21       recording), the file will be named as a single Bates number ("Smith_0035"), and that
22       filename will serve as the Bates number for the entire file.

23    3. The produced documents shall be accompanied by a comprehensive index that
24       includes the Bates number (i.e., the filename) and the metadata set out in Appendix A.
25       The index shall be in .csv format, i.e., readable as a spreadsheet, and ingestible as a
26       load file.

27    4. Emails and their attachments shall be produced in an ordered relationship, i.e., in a
28       way that shows which attachments go with which email, and vice-versa. The Bates

numbers should reflect this ordered relationship, i.e., the email should be Bates numbered first, then each attachment should be Bates numbered immediately after the parent email. The index should differentiate between an email and an attachment.

5. The parties will serve a privilege log that includes the document's metadata (per the specification of point #3), and a claim of privilege. Generally, "AC Privilege," "Work Product," or similar shorthand designations, as long as they are understandable, will suffice. The parties will not be obligated to provide additional descriptions of documents unless the opposing party reasonably requests additional information where the metadata is too opaque to provide an adequate description of the document.

Dated: November 14, 2025                     Respectfully and jointly submitted,

ROB BONTA                                    PEEBLES BERGIN SCHULTE &ROBINSON LLP
Attorney General of California               John M. Peebles
JAMES V. HART                                Conly J. Schulte
Supervising Deputy Attorney General          Tim Hennessy
DAVID C. GOODWIN                             Gregory M. Narvaez
BYRON M. MILLER
Deputy Attorneys General


 /s/Peter F. Nascenzi                         /s/Tim Hennessy (as authorized 11/14/25)
PETER F. NASCENZI                            TIM HENNESSY
Deputy Attorney General                      *Attorneys for Defendants*
*Attorneys for Plaintiff State of California*


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: November 21, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

SA2023301988
39457080

3

**APPENDIX A: REQUESTED METADATA FIELDS FOR ESI**

| Field Name | Example / Format | Description |
|---|---|---|
| **Document Number** | ABC0000001 (Unique ID) | The Document ID number associated with the first page of a document. |
| **Record Type** | Email, attachment, other document type, etc. | Type of document. |
| **Original Email Subject/File Name** | | The email subject line or the extracted document title or subject of a document. |
| **Original Date/Time** | MM/DD/YYYY, HH:MM:SS | The date/time associated with the document's last date/time modified, or when sent/received. |
| **From** | Joe Smith <jsmith@email.com> | The display name and e-mail of the author of an e-mail. If only e-mail is given, then just list the e-mail address. |
| **To** | Joe Smith <jsmith@email.com>; tjones@email.com | The display name and e-mail of the recipient(s) of an e-mail. If only e-mail is given, then just list the e-mail address. |
| **CC** | Joe Smith <jsmith@email.com>; tjones@email.com | The display name and e-mail of the copyee(s) of an e-mail. If only e-mail is given, then just list the e-mail address. |
| **BCC** | Joe Smith <jsmith@email.com>; tjones@email.com | The display name and e-mail of the blind copyee(s) of an e-mail. If only e-mail is given, then just list the e-mail address. |
| **Native** | Y/N | Whether produced in native format. |
| **Original Folder Name** | i.e. Joe Smith/E-mail/Inbox<br>Joe Smith/E-mail/Deleted Items<br>Joe Smith/Loose Files/Accounting/...<br>Joe Smith/Loose Files/Documents and Settings/... | Location of the original document. The source should be the start of the full path. |