UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STATE OF CALIFORNIA,

Plaintiff,

v.

PHILLIP DEL ROSA, et al.,

Defendants.

No. 2:23-cv-00743-DAD-SCR

ORDER GRANTING JOINT MOTION TO CONSOLIDATE BRIEFING AND HEARING

(Doc. No. 227)

On September 8, 2023, the previously assigned district judge issued an order granting plaintiff's motion for preliminary injunction in part. (Doc. No. 43.) On June 23, 2026, defendants filed a motion to dissolve the preliminary injunction and a hearing was set on that motion for August 3, 2026. (Doc. No. 218.) On July 7, 2026, plaintiff filed a motion to modify the preliminary injunction and a hearing was set on the motion to modify for August 17, 2026. (Doc. No. 227.) On July 10, 2026, the parties filed a joint motion for administrative relief seeking to consolidate the hearings and briefing on their motions concerning the preliminary injunction. (Doc. No. 227.) Therein, the parties request that the court consolidate the hearings on their respective motions and set both hearings for August 17, 2026, at 1:30 p.m.. (*Id.* at 1–2.) In addition, the parties request that defendants may file a combined reply in support of their motion to dissolve the preliminary injunction and opposition to plaintiff's motion to modify the preliminary injunction, that defendants' combined brief be due July 21, 2026, and that plaintiff's

reply, if any, be due July 31, 2026. (*Id.* at 2.)

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." In exercising its discretion, the court "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). Here, the parties agree that their motions concern the same underlying preliminary injunction and that consolidation will promote judicial economy. The court therefore finds good cause to permit consolidation of the parties' briefing in relation to their motions concerning the preliminary injunction and to consolidate the hearings on the motions.

For the reasons above,

1. Defendants shall file their combined reply in support of their motion to dissolve the preliminary injunction and opposition to plaintiff's motion to modify the preliminary injunction no later than July 21, 2026; and
2. Plaintiff shall file its reply in support of its motion to modify the preliminary injunction, if any, no later than July 31, 2026; and
3. The hearing on defendants' motion to dissolve the preliminary injunction (Doc. No. 218) currently set for August 3, 2026 is RESET to August 17, 2026 at 1:30 p.m. before District Judge Dale A. Drozd. The parties are referred to Judge Drozd's Standing Order (Doc. No. 214) for Zoom appearance information.

IT IS SO ORDERED.

Dated: **July 17, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE