UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>PHILLIP DEL ROSA, et al.,<br>Defendants. | No. 2:23-cv-00743-DAD-SCR<br><br>ORDER |

Plaintiff State of California seeks the entry of a protective order concerning Defendants' Rule 30(b)(6) deposition notice. ECF No. 221. The parties filed a joint statement, which describes in detail the nature of their disputes and their respective positions on those disputes. ECF No. 231. On August 6, 2026, the Court heard the matter. For the reasons explained at the hearing on August 6, and as further identified below, the Court now GRANTS Plaintiff's motion for protective order (ECF No. 221) in part.

The Court briefly addresses each deposition topic, without prejudice to Plaintiff seeking a further protective order based on any revised notice.

Topic 1: This topic should be narrowed to the Tobacco Unit and components of the Office of the Attorney General with which the Tobacco Unit interacts.

Topic 2: This topic should be redrafted to clarify generally what aspects of the surveillance Defendants plan to cover.

Topic 3: This topic should be limited to California's rights and obligations under the Master Settlement Agreement.

Topic 4: This topic should be narrowed to exclude FAC paragraphs 12 (concerning state laws, which speak for themselves), 15 (which broadly concerns the MSA and would therefore be covered by Topic 3), and 19 (concerning state regulations, which speak for themselves), except to the extent that the manner of Plaintiff's implementation of state laws and state regulations would demonstrate facts relevant to a legal issue in the case.

Topics 5-11: These topics should be narrowed to include only communications with the Tobacco Unit and any communications of which the Tobacco Unit is aware.

Topic 12: In light of Plaintiff's representations in the letter dated February 4, 2026, and absent other information about Plaintiff's discovery practices, this topic is currently unwarranted under Rule 26(b). Defendants may initially pursue any meaningful concerns about Plaintiff's discovery practices through interrogatory requests.

Defendants may serve on Plaintiff a revised Rule 30(b)(6) notice consistent with this order and the direction the Court provided the parties at the hearing.

SO ORDERED.

DATED: August 10, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE